269 CANAL STREET CORPORATION, Respondent, *v.* ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Appellant.

(Argued December 3, 1929; decided January 7, 1930.)

*Fred H. Rees* for appellant.

*George W. Smyth* and *Samuel L. Sargent* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.